IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA ANN SCHWARTZ; PAUL GRANT SCHWARTZ, <br><br> Plaintiffs, <br><br> v. <br><br> ACCURATUS CORPORATION; MATERION BRUSH INC.; DENNIS P. TRETTER, SR., <br><br> Defendants. | Civil Action No. 12-6189 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Materion Brush Inc. states that it is a wholly-owned subsidiary of Materion Corporation, a publicly held corporation.

WARD GREENBERG HELLER & REIDY LLP

By: _____
Dennis R. Callahan (DRC4372)
1835 Market Street, Suite 650
Philadelphia, PA   19103
(215) 836-1100
(215) 836-2845 (fax)

Attorneys for Defendant
Materion Brush Inc.

*Of Counsel*:

Jeffery D. Ubersax
Caitlin A. Bell
Jones Day
901 Lakeside Avenue
Cleveland, OH   44114
(216) 586-3939
(216) 579-0212 (fax)

CLI-2035454v1

## CERTIFICATE OF SERVICE

I, Dennis R. Callahan, hereby certify that on this 2nd day of November 2012, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court, using CM/ECF system which sent notification of such filing to the following.

Ruben Honik, Esquire<br>
Golomb & Honik<br>
1515 Market Street, Suite 1100<br>
Philadelphia, PA  19107<br>
rhonik@golombhonik.com

_____
Dennis R. Callahan