IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA ANN SCHWARTZ and PAUL GRANT SCHWARTZ,<br><br>        Plaintiffs,<br><br>    v.<br><br>ACCURATUS CORPORATION, it is own right and as successor in interest to Accuratus Ceramic Corporation, and MATERION BRUSH INC., c/o C T Corporation System,<br><br>        Defendants. | CIVIL ACTION<br>NO. 12-6189 |

## ORDER

**AND NOW**, this 24th day of March, 2014, upon consideration of the Motions to Dismiss filed by Defendant Materion Brush Inc. (Docket #50) and Defendant Accuratus Corportation (Docket #55) and all supporting and opposing papers, it is hereby

**ORDERED** that the Motions are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Accuratus Corporation's Motion to Dismiss (Docket #55) is **GRANTED** with respect to Count I, and Count I is **DISMISSED WITH PREJUDICE**.

2. Accuratus Corporation's Motion to Dismiss (Docket #55) is **DENIED** with respect to Count II.

3. Accuratus Corporation's Motion to Dismiss (Docket #55) is **GRANTED** with respect to Count III, and Count III is **DISMISSED WITH PREJUDICE**.

2

4. Accuratus Corporation's Motion to Dismiss (Docket #55) is **GRANTED** with respect to Count IV, and Count IV is **DISMISSED WITH PREJUDICE**.

5. Materion Brush's Motion to Dismiss (Docket #50) is **DENIED** with respect to Count V.

6. Materion Brush's Motion to Dismiss (Docket #50) is **DENIED** with respect to Count VI.

7. Materion Brush's Motion to Dismiss (Docket #50) is **GRANTED** with respect to Count VII, and Count VII is **DISMISSED WITH PREJUDICE**.

8. Materion Brush's Motion to Dismiss (Docket #50) is **DENIED** with respect to Count VIII.

9. The Motions of both Defendants (Docket ##50 and #55) are **DENIED** with respect to Count IX.

10. The Motions of both Defendants (Docket ##50 and #55) are **DENIED** with respect to Count X.

                                  **BY THE COURT:**

                                  */s/ Jeffrey L. Schmehl*
                                  Jeffrey L. Schmehl, J.