# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA ANN SCHWARTZ and PAUL GRANT SCHWARTZ, h/w<br>Plaintiffs,<br>v.<br><br>ACCURATUS CORPORATION in its own right and as successor in interest to Accuratus Ceramic Corporation<br><br>and<br><br>MATERION BRUSH INC.<br>c/o C T CORPORATION SYSTEM | CIVIL ACTION<br><br><br><br><br><br><br><br><br><br><br><br><br><br>NO: 5:12-cv-06189-JLS |

## NOTICE OF APPEAL

Notice is hereby given that Brenda Ann Schwartz and Paul Grant Schwartz, h/w, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Judicial Circuit from the Order of The Honorable Jeffrey L. Schmehl dated March 24, 2014 (entered on the docket on March 25, 2014) granting Motions to Dismiss filed by Defendant Materion Brush Inc. and Defendant Accuratus Corporation.

A true and correct copy of the Order of March 24, 2014 is attached hereto.

Respectfully Submitted,

**GOLOMB & HONIK, P.C.**

RH2063
RUBEN HONIK
1515 Market Street
Suite 1100
Philadelphia, PA 19102
215.985.9177
rhonik@golombhonik.com
Counsel for Plaintiffs

Dated: September 24, 2014

# CERTIFICATE OF SERVICE

I, Ruben Honik, Esquire, counsel for plaintiff in the matter herein, hereby certify that a true and correct copy of the foregoing was served on the parties/counsel listed below this 24th day of September, 2014, via ECF:

| | |
|---|---|
| Jeffery D. Ubersax<br>Kyle T. Cutts<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>jdubersax@JonesDay.com<br>kcutts@jonesday.com<br>*Counsel for Defendant Materion Brush Inc.* | Dennis R. Callahan<br>Ward Greenberg Heller & Reidy LLP<br>1835 Market Street, Suite 650<br>Philadelphia, PA 19103<br>dcallahan@wardgreenberg.com<br>*Counsel for Defendant Materion Brush Inc.* |
| Wes Bridges, Esquire<br>Becker Meisel LLC<br>Woodland Falls Corporate Center<br>220 Lake Drive East, Suite 102<br>Cherry Hill, NJ 08002<br>wbridges@beckermeisel.com<br>*Counsel for Defendant Accuratus Corporation* | Honorable Jeffrey L. Schmehl<br>USDC Eastern District of Pennsylvania<br>The Madison Building, Suite 401<br>400 Washington Street<br>Reading, PA 19601 |

                                              **GOLOMB & HONIK, P.C.**

                                                RH2063
                                          **RUBEN HONIK, ESQUIRE**
Dated: September 24, 2014                         Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA ANN SCHWARTZ and PAUL GRANT SCHWARTZ,<br><br>Plaintiffs,<br><br>v.<br><br>ACCURATUS CORPORATION, it is own right and as successor in interest to Accuratus Ceramic Corporation, and MATERION BRUSH INC., c/o C T Corporation System,<br><br>Defendants. | CIVIL ACTION<br>NO. 12-6189 |

### ORDER

**AND NOW**, this 24th day of March, 2014, upon consideration of the Motions to Dismiss filed by Defendant Materion Brush Inc. (Docket #50) and Defendant Accuratus Corportation (Docket #55) and all supporting and opposing papers, it is hereby

**ORDERED** that the Motions are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Accuratus Corporation's Motion to Dismiss (Docket #55) is **GRANTED** with respect to Count I, and Count I is **DISMISSED WITH PREJUDICE**.

2. Accuratus Corporation's Motion to Dismiss (Docket #55) is **DENIED** with respect to Count II.

3. Accuratus Corporation's Motion to Dismiss (Docket #55) is **GRANTED** with respect to Count III, and Count III is **DISMISSED WITH PREJUDICE**.

4. Accuratus Corporation's Motion to Dismiss (Docket #55) is **GRANTED** with respect to Count IV, and Count IV is **DISMISSED WITH PREJUDICE**.

5. Materion Brush's Motion to Dismiss (Docket #50) is **DENIED** with respect to Count V.

6. Materion Brush's Motion to Dismiss (Docket #50) is **DENIED** with respect to Count VI.

7. Materion Brush's Motion to Dismiss (Docket #50) is **GRANTED** with respect to Count VII, and Count VII is **DISMISSED WITH PREJUDICE**.

8. Materion Brush's Motion to Dismiss (Docket #50) is **DENIED** with respect to Count VIII.

9. The Motions of both Defendants (Docket ##50 and #55) are **DENIED** with respect to Count IX.

10. The Motions of both Defendants (Docket ##50 and #55) are **DENIED** with respect to Count X.

                    **BY THE COURT:**

                    */s/ Jeffrey L. Schmehl*
                    Jeffrey L. Schmehl, J.