IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA ANN SCHWARTZ and PAUL GRANT SCHWARTZ, <br><br> Plaintiffs, <br><br> v. <br><br> ACCURATUS CORPORATION, in its own right and as successor in interest to Accuratus Ceramic Corporation, <br><br> Defendant. | CIVIL ACTION <br> NO. 12-6189 |

## ORDER

**AND NOW**, this 30th day of March, 2017, upon consideration of the parties' supplemental briefing following remand, after argument held, and for the reasons more fully stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED**, and Counts I, IX, and X may proceed as against Defendant Accuratus.

All other counts remain dismissed in accordance with prior order, as the Third Circuit vacated only the dismissal of Count I.

BY THE COURT:

*s/s JEFFREY L. SCHMEHL*
Jeffrey L. Schmehl, J.