IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA ANN SCHWARTZ and PAUL GRANT SCHWARTZ,

    Plaintiffs,

v.

ACCURATUS CORPORATION,
in its own right and as successor in interest to
Accuratus Ceramic Corporation,

    Defendant.

CIVIL ACTION
NO. 12-6189

**FILED**
FEB 21 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 21st day of February, 2018, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 123) and all opposing and supporting papers, and for the reasons more fully stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

ENT'D FEB 21 2018

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.